## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CALVIN SCHMIDERER**                                    **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO.  1:09cv321-HSO-JMR**

**STATE OF MISSISSIPPI,** *et al.*                        **RESPONDENTS**

### FINAL JUDGMENT

This matter came on to be heard on Respondents' Motion to Dismiss as Moot [10] filed July 27, 2009.  The Court, after a full review and consideration of the Respondents' Motion and Chief Magistrate Judge John M. Roper's Report and Recommendation [11], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Petitioner Calvin Schmiderer's Petition for Writ of Habeas Corpus is hereby **DISMISSED AS MOOT.**

**SO ORDERED AND ADJUDGED**, this the 8th day of February, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE